IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN COX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-621-GBW |
| | ) | |
| OFFICER TATE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

WHEREAS, on September 10, 2025, this Court ordered *pro se* Plaintiff John Cox, by no later than October 9, 2025, to submit a compliant certified trust fund account statement (CTFAS) covering all transactions for the six months preceding the Complaint's filing to proceed with this case (D.I. 19);

WHEREAS, the September 10, 2025 Order (D.I. 19) warned Plaintiff that this case would be closed if no compliant CTFAS was filed by the deadline; and

WHEREAS, the October 9, 2025 deadline has passed, no CTFAS has been filed, and Plaintiff has taken no action in this case since August 25, 2025. (*See* D.I. 18.)

WHEREFORE, on this 22nd day of October 2025, IT IS HEREBY ORDERED that:

1.   The Complaint (D.I. 3) is **DISMISSED** without prejudice;

2. The pending motions (D.I. 2, 5, 6, 7, 12, 15) are **DENIED AS MOOT**; and

3. The Clerk of Court is directed to **CLOSE** this case.

The Honorable Gregory B. Williams
United States District Judge